UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK MARTIN**<br>　　　　**Plaintiff,**<br>**VERSUS**<br><br>**OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA**<br>　　　　**Defendant.** | **CIVIL NO.**<br><br>**JUDGE:**<br><br>**MAGISTRATE:** |

## NOTICE FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Occidental Fire & Casualty Insurance Company of North Carolina ("Occidental"), which files this Notice for Removal pursuant to 28 U.S.C. § 1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represents the following:

### BACKGROUND

**1.**

This action has been brought in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, entitled "*Patrick Martin versus Occidental Fire & Casualty Company of North Carolina,*" bearing Civil Action Number 195080, Division "A," with the Petition being filed on October 31, 2022. (See Petition for Breach of Contract and Damages, hereinafter sometimes referred to as the "Petition," and attached as part of Exhibit A.)

**2.**

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in said action are attached hereto as Exhibit A.

**3.**

Additionally, as required, a list of all attorneys, including their addresses, telephone

numbers and parties represented is attached hereto as Exhibit B.

4.

This action is a civil action brought by Plaintiff, Patrick Martin, seeking to recover damages as alleged in Plaintiff's Petition (attached hereto as part of Exhibit A).

5.

Receipt of notice of the suit was received by Defendant, Occidental, via service of process on the Louisiana Secretary of State on or about November 18, 2022; therefore, removal is timely under 28 U.S.C. § 1446(B)(1)-(3).

## BASIS OF REMOVAL

6.

The grounds for removal are diversity of citizenship under 28 U.S.C. § 1332 and 28 U.S.C. § 1441—the Defendant is completely diverse from the Plaintiff and the amount in controversy exceeds $75,000.00, in light of the damages alleged in Plaintiff's Petition.

7.

Plaintiff is a citizen of the State of Louisiana.

8.

Defendant, Occidental Fire and Casualty Company of North Carolina, is a corporation incorporated in the State of North Carolina, with its principal place of business in North Carolina.

9.

On information and belief, no other co-defendants have been named or served, and upon further information and belief, all other co-defendants would consent to removal.

10.

Because complete diversity exists between Plaintiff – a citizen of Louisiana – and

Defendant – which is incorporated and has its principal place of business in North Carolina – diversity of citizenship exists among the parties.

### 11.

Defendant denies liability for any damages sought by Plaintiff; however, upon information and belief, the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00.

### 12.

Plaintiff, Patrick Martin, alleges that his residential property located at 7517 W. Park Avenue, Houma, LA, was damaged by Hurricane Ida. Specifically, Plaintiff claims that his property sustained the following damages: (1) $104,805.02 in damage to the dwelling and (2) $35,746.15 in damage to other structures. (See Plaintiff's Estimate attached hereto as Exhibit "C"). Additionally, Plaintiff alleges that Occidental's failure to adjust the claim was in bad faith under La. R.S. 22:1892 and 22:1973. (See Petition attached hereto as part of Exhibit "A," at ¶ 13-17). As a consequence, Plaintiff alleges that he is entitled to the following damages: (1) full value of the property damage to the Plaintiff's property, including the dwelling, other structures, and contents; (2) additional repair and remediation expenses; (3) all consequential damages; (4) all compensatory damages; (5) recoverable depreciation; (6) mental pain and anguish, emotional distress, and inconvenience; (7) penalties as provided in La. R.S. 22:1892 and 22:1973; (8) attorney's fees and costs; and (9) any and all other relief that the Court deems just and proper. (See Petition attached hereto as part of Exhibit "A," at ¶ 19). Accordingly, Defendant submits that the claimed damages could easily place the amount in controversy in excess of $75,000.00.

### 13.

The United States Fifth Circuit has found that penalties, statutory damages and punitive damages are to be included in ascertaining the amount in controversy. *See St. Paul Reinsurance*

*Co., Ltd. v. Greenberg*, 134 F.3d 1250 (5th Cir. 1998). Relying on this precedent, Louisiana District Courts have included penalties sought under both La. Rev. Stat. 22:1892 and 22:1973 to ascertain the amount in controversy. *See also Pardue v. River Thames Ins. Co.,* 651 F.Supp. 143, 144 (M.D. La. 1986)(penalties for arbitrary and capricious non-payment of insurance claims included when calculating jurisdictional amount in controversy.) Thus, upon information and belief, the amount in controversy is beyond the $75,000.00 requirement.

## REMOVAL PROCEDURE

**14.**

This Notice of Removal is filed within 30 days of the receipt by or service upon the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

**15.**

The state court action was commenced on October 31, 2022, and this removal has been filed within 1 year after its commencement.

**16.**

Venue is proper within the Eastern District of Louisiana because the matter is being removed from the 32nd Judicial District Court for the Parish of Terrebonne—a court which the Eastern District of Louisiana embraces, and more specifically:

> Honorable Timothy C. Ellender, Jr.
> Judge, 32nd Judicial District Court for the Parish of Terrebonne
> 7856 Main Street
> Houma, LA 70360

**17.**

Under 28 U.S.C. §1446(d), the mover affirms that it will give written notice of this removal to all adverse parties and will file a copy of the Notice with the 32nd Judicial District Court for the

Parish of Terrebonne, State of Louisiana.

**18.**

Pursuant to 28 U.S.C. §1447(b), mover identifies all counsel as follows:

a. *Counsel for Plaintiff — Patrick Martin*
David W. Ardoin, Esq.
Preston L. Hayes, Esq.
Ryan P. Monsour, Esq.
Matthew D. Ory, Esq.
AMO Trial Lawyers
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Phone: (504) 356-0110 / Fax: (504) 356-0112
Email:  preston@amotriallawyers.com
rpm@amotriallawyers.com
matt@amotriallawyers.com

b. *Counsel for Defendant— Occidental Fire & Casualty Company of North Carolina*
James A. Prather, Esq.
Jason M. Freas, Esq.
Joshua H. Dierker, Esq.
Pamela B. Gautier, Esq.
Greg C. Fuxan, Esq.
Margaret M. Guidry, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70471
Ph. (985)-674-6680 / Fax (985)-674-6681
Email: jprather@gallowaylawfirm.com
jfreas@gallowaylawfirm.com
jdierker@gallowaylawfirm.com
pgautier@gallowaylawfirm.com
gfuxan@gallowaylawfirm.com
mmguidry@gallowaylawfirm.com

**19.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal.  He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or

reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendant, Occidental Fire & Casualty Insurance Company of North Carolina, prays that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

 /s/ Joshua H. Dierker
**JAMES A. PRATHER (#20595)**
**JASON M. FREAS (#35779)**
**JOSHUA H. DIERKER (#35109)**
**PAMELA B. GAUTIER (#23999)**
**GREG C. FUXAN (#20188)**
**MARGARET M. GUIDRY (#31756)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
Email:  jprather@gallowaylawfirm.com
           jdierker@gallowaylawfirm.com
***Counsel for Occidental Fire & Casualty Company of North Carolina***

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2022, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

 /s/ Joshua H. Dierker
**JOSHUA H. DIERKER**