UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK MARTIN** | **CIVIL NO. 2:22-CV-05296** |
| **VERSUS** | **JUDGE GREG GERARD GUIDRY** |
| **OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA** | **MAGISTRATE DONNA CURRALT** |

**ORDER**

Considering the Joint Motion to Dismiss (Doc. 9);

**IT IS ORDERED THAT** the Joint Motion to Dismiss with Prejudice is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** any and all claims asserted in the above-captioned matter are hereby dismissed with prejudice and with each party to bear its own costs.

New Orleans, Louisiana, this  29th  day of     June    , 2023.

_____
**JUDGE GREG GERARD GUIDRY**